**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| : | Chapter 13 |
| Donald Boyd : | |
| : | Case No.  24-10850-DJB |
| Debtor(s) : | |

**APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Brad J. Sadek, Esquire applies under §330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the Debtor(s).

2. Debtor filed a petition under the Bankruptcy Code on <u>March 13, 2024.</u>

3. Debtor's annualized current monthly income as set forth on Form B22C is:

   ___ above median (the amount on line 15 is not less than the amount on line 16)

   _X_ below median (the amount on line 15 is less than the amount on line 16).

4. All services rendered, and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of <u>$4,725.00</u> for providing the following services: Including but not limited to, interviews with the Debtor, preparation and filing of the Debtor's Petition and plan, schedules, plan analysis, appearance at the section 341 meeting, amendments, review of proof of claims and confirmation process.

6. Applicant requests reimbursement of expenses in the amount of $0.00 for the following expenses:

7. The Debtor paid Applicant <u>$1,610.00</u>, plus filing fees, prior to the filing of the petition.

8. A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "A."

      9.      None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

      WHEREFORE, Applicant requests an award of $4,725.00 in further compensation and of $0.00 in reimbursement of actual, necessary expenses.

Dated: April 22, 2025

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Attorney for Debtor(s)
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite #220
Philadelphia, PA 19102
brad@sadeklaw.com
215-545-0008