**Declaration Regarding Attorney Compensation in Bankruptcy Case No. 24-10850-DJB**

I, Donald Boyd, hereby declare the following:

1. I was the Debtor in Chapter 13 Bankruptcy Case No. 24-10850-DJB in the Eastern District of Pennsylvania.

2. On May 20, 2025, the court entered an order granting total attorney compensation of $4,725.00 to my counsel, Brad A. Sadek.

3. I paid $1,610.00 in pre-petition fees before the case was filed.

4. The remaining $3,115.00 was authorized by the court to be paid by the Chapter 13 Trustee from estate funds on hand as an administrative expense.

5. I have not agreed to, nor am I liable for, any further fees beyond this court-approved compensation.

6. This legal representation was undertaken with the understanding that it would be handled in connection with the sale of my property, and I would not personally owe additional legal fees.

7. I have supporting documentation showing that no profit was made in the sale of my property. In fact, I was required to apply for and was granted a waiver from the New Jersey Division of Taxation, based on the lack of proceeds.

8. I am currently unemployed and facing significant financial hardship.

9. In light of the facts above, I believe that any further attempts by the Law Firm of Brad A. Sadek to collect additional money from me are not only unsupported by the court's order, but also exploitative given my financial circumstances.

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

JUN - 2 2025

Signed: _____

Date: _June 2, 2025_

Donald Boyd
215 429 6313
donbdboyd@yahoo.com
1208 Ogden St
Phila PA 19123

 TRANSIT

## MEDICAL CERTIFICATE
### (TO BE COMPLETED BY YOUR HEALTH CARE PROVIDER AFTER YOU BECOME DISABLED)

EMPLOYEE NAME Donald Boyd                 DATE 3/26/2025

PATIENT HAS BEEN UNDER MY CARE FOR THIS PERIOD OF DISABILITY   FROM 2/19/2025 TO 3/18/2025
(Month/Day/Year)   (Month/Day/Year)

FREQUENCY OF TREATMENT   monthly

PATIENT WAS SEEN BY ME ON 3/18/2025
(Month/Day/Year)

ENTER THE DATE PATIENT WAS UNABLE TO PERFORM HIS/HER REGULAR WORK DUE TO HIS DISABILITY _____
(Month/Day/Year)

ESTIMATED RETURN TO WORK DATE _____
Undetermined, unknown at this tim (Month/Day/Year)

IF RECOVERED, ON WHAT DATE WAS THE PATIENT FIRST ABLE TO RETURN TO WORK? _____
(Month/Day/Year)

DIAGNOSIS (nature and cause of disability which prevents from returning to work)
Cervical disc disorder with radiculopathy Cervicalgia.

CLINICAL DATA TO SUPPORT DIAGNOSIS

IF PREGNANCY, PROVIDE ESTIMATED DATE OF DELIVERY? _____
(Month/Day/Year)

COMPLICATIONS, IF ANY

IF PREGNANCY TERMINATED, ENTER DATE

IDENTIFY REASON
(birth, c-section, miscarriage, abortion)

DATE OF EMERGENCY ROOM CARE OR HOSPITALIZATION   FROM _____ TO _____
(Month/Day/Year)   (Month/Day/Year)

TYPE OF SURGERY                                 DATE OF SURGERY

I CERTIFY THAT THE ABOVE STATEMENTS ARE IN MY MEDICAL OPINION, TRUE AND ACCURATE.

PRINT NAME Nafisa Chawdhury, MSN, FNP-BC SIGNATURE _____   DATE 3, 26, 2025

ADDRESS Excel Medical Center
7515 Stenton Ave, Philadelphia, PA 19150

AREA OF PRACTICE Family Medicine

TELEPHONE NO. 267-335-5264                      FAX NO.

# BANK OF AMERICA ⬭

BANK OF AMERICA, N.A. (THE "BANK")

DONALD BOYD SOLE PROP

DBA BOYD'S HOME IMPROVEMENTS COMPANY

BUSINESS ADV FUNDAMENTALS

**** **** 4714

Last Posting Date 05/28/2025

Date/Time Printed 5/29/2025 1:02 PM EST

## Since Last Statement Summary

| | |
|---|---|
| Last Statement Date 04/30/2025 | |
| Balance Last Statement ($) | $369.20 |
| Deposits/Credits (+)  # 9 | $6,199.57   Holds (-) |
| Withdrawals/Debits (-)  # 84 | $6,216.49   Pending Credits (+) |
| Available Balance ($) | -$315.58 |

#Counts include posted items only-Intraday items are not included in the counts
Balance Last Statement, Deposits/Credits, Withdrawals/Debits may not total to Available Balance.

## Transaction History

| Date | Description | Type | Amount | Available Balance |
|---|---|---|---|---|
| 04/21/2025 | Phone transfer from CHK 2246   Confirmation# 1424829608 | Transfer | $2,000.00 | $0.00 |

Statement Period as of 04/01/2025

-----No posted transactions in this statement period-----

Statement Period as of 03/01/2025

| 02/27/2025 | Online Banking transfer from CHK 2246   Confirmation# 176886732 | Transfer | $2,000.00 | $0.00 |

Statement Period as of 02/01/2025

-----No posted transactions in this statement period-----

**** **** 4714

For additional information or service, please contact the Customer Service Center at 1-800-432-1000

* = Item(s) included in Previous Statement(s).

00-14-9036M  11-2010
NPA

| Date | Description | Type | Amount | Available Balance |
|---|---|---|---|---|
| | ——No posted transactions in this statement period—— | | | |
| | Statement Period as of 05/01/2024 | | | |
| | ——No posted transactions in this statement period—— | | | |
| | Statement Period as of 03/30/2024 | | | |
| 03/08/2024 | CHECKCARD 0307 SADEK LAW OFFICES LLC 215-5450008 PA 24760624068300001140656 CKCD 8111 4256370002196897 | Debit | -$2,000.00 | $0.00 |
| | Statement Period as of 03/01/2024 | | | |

***No More Activity For This Account***

For additional information or service, please contact the Customer Service Center at  1-800-432-1000

*  =   Item(s) included in Previous Statement(s).
NPA

Authentisign ID: A04B5CEB-460B-F011-90CF-002248227J5A

| American Land Title Association | ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

| | |
|---|---|
| **File No./Escrow No.:** 177591RN-01<br>**Print Date & Time:** 03/27/25 12:15 PM<br>**Officer/Escrow Officer:** Veronica<br>Krassowska<br>**Settlement Location:**<br>Gotlib Law LLC<br>64 Carson Ave<br>Metuchen, NJ 08840 | **RealSafe Title, LLC**<br>**ALTA Universal ID:** 1186999<br>111 Littleton Road, Suite 301<br>Parsippany, NJ 07054<br><br> |

| | |
|---|---|
| **Property Address:** | Block 521, Lot 37, Willingboro Township, in Burlington County, NJ<br>47 Marboro Lane<br>Willingboro, NJ 08046 |
| **Borrower/Buyer:** | Dajuan Goldsberry<br>143 Grumman Avenue<br>Newark, NJ 07112 |
| **Seller:** | Donald Boyd<br>47 Marboro Lane<br>Willingboro, NJ 08046 |
| **Lender:** | Prosperity Home Mortgage, LLC, 4440 Brookfield Corporate Drive, Chantilly, VA, 20151 |
| **Loan Number:** | 1002813347 |
| **Settlement Date:** | 03/28/2025 |
| **Disbursement Date:** | 03/28/2025 |
| **Additional dates per state requirements:** | |

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $265,000.00 | Sale Price of Property | $265,000.00 | |
| | | Deposit | | $10,000.00 |
| | | Loan Amount | | $260,200.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | $89.67 | City/town taxes from 03/28/2025 thru 03/31/2025 | $89.67 | |
| | | | | |
| | | **Loan Charges to Prosperity Home Mortgage, LLC** | | |
| | | Origination Fee | $1,499.00 | |
| | | Prepaid Interest $47.23 per day from 03/28/2025 to 04/01/2025) | $188.92 | |
| | | 0.051% of Loan Amount (Points) | $132.70 | |
| | | | | |
| | | **Other Loan Charges** | | |
| | | Appraisal Fee 1004D | $150.00 | |
| | | Credit Report | $128.50 | |
| | | Flood certification | $11.50 | |
| | | MIP | $4,475.18 | |

Copyright 2015 American Land Title Association.<br>All rights reserved.

File # 177591RN-01<br>Printed on: 03/27/25 12:15 PM

Authentisign ID: A04B5CEB-440B-F011-90CE-00224822F75A

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | Impounds | | |
| | | Homeowner's Insurance $129.08 per month for 3 mo. | $387.24 | |
| | | Property Taxes $519.48 per month for 2 mo. | $1,038.96 | |
| | | Aggregate Adjustment | -$129.08 | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - ALTA 8.1-06 Enh to RealSafe Title, LLC - TRUST | | |
| | | Title - ALTA 9.10-06 Enh to RealSafe Title, LLC - TRUST | | |
| | | Title - Closing / Settlement Fee ART 6 to RealSafe Title, LLC - TRUST | $525.00 | |
| | | Title - Closing Protection Ltr ART 6.6 to RealSafe Title, LLC - TRUST | $75.00 | |
| | | Title - County Search & Copies to RealSafe Title, LLC - TRUST | $95.00 | |
| | | Title - E Recording Platform ART 7.6 to RealSafe Title, LLC - TRUST | $7.00 | |
| | | Title - E-Doc Fee ART 7.2.2 to RealSafe Title, LLC - TRUST | $50.00 | |
| | | Title - Flood Search ART 5.3 to RealSafe Title, LLC - TRUST | $10.00 | |
| | | Title - Overnight Fees ART 7.5 to RealSafe Title, LLC - TRUST | $31.50 | |
| | | Title - Prepare/Record NOS ART 7.6 to RealSafe Title, LLC - TRUST | $40.00 | |
| | | Title - Recording Ser. Fee Mtg ART 7.1 to RealSafe Title, LLC - TRUST | $15.00 | |
| | | Title - Survey Endorsement to RealSafe Title, LLC - TRUST | $25.00 | |
| | | Title - Tax Search ART 5.3 to RealSafe Title, LLC - TRUST | $33.00 | |
| | | Title - Tidelands Search ART 5.3 to RealSafe Title, LLC - TRUST | $25.00 | |
| | | Title - Title Examination ART 5.1 to RealSafe Title, LLC - TRUST | $100.00 | |
| | | Title - Trans Platform Fee ART 7.6 to RealSafe Title, LLC - TRUST | $81.00 | |
| | | Title - Upper Ct/Pat Search ART 5.3 to RealSafe Title, LLC - TRUST | $20.00 | |
| | | Title - Wire Fee ART 7.6 to RealSafe Title, LLC - TRUST | $19.00 | |
| $2,573.50 | | Utility Bill to Willingboro MUA | | |
| $20.00 | | Title - Outgoing Wire Fee to RealSafe Title, LLC - TRUST | | |
| $31.50 | | Title - Overnight Fees to RealSafe Title, LLC - TRUST | | |
| | | Title - Lender's Title Insurance($1,451.00) to RealSafe Title, LLC - TRUST | $25.00 | |
| | | Title - Owner's Title Insurance($46.00) to RealSafe Title, LLC - TRUST | $1,472.00 | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fee (Deed) to County Clerk | $105.00 | |
| | | Recording Fee (Mortgage) to County Clerk | $305.00 | |
| $75.00 | | Cancellation of Tax Lien to County Clerk | | |
| $1,442.00 | | Transfer Tax to County Clerk | | |
| | | | | |
| | | **Payoff(s)** | | |
| $259,941.00 | | Lender:  Payoff to Shellpoint | | |

Copyright 2015 American Land Title Association.
All rights reserved.

File # 177591RN-01
Printed on: 03/27/25 12:15 PM

Authensign ID: A04B5CEB-440B-F011-90CE-00224822F75A

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | Total ($259,941.00) | | |
| | | | | |
| | | Miscellaneous | | |
| | | Property Taxes to Willingboro Township TAX COLLECTOR | $1,558.44 | |
| | | Attorney Fee Buyer<br>to Gotlib Law LLC | $1,675.00 | |
| | | Attorney Fee Buyer Costs to Gotlib Law LLC | $75.00 | |
| $1,980.00 | | Attorney Fee Seller<br>to Buckalew Frizzell & Crevina LLP | | |
| $5,300.00 | | Commission-Listing<br>to Signature Realty NJ, LLC | | |
| | | Commission-Selling<br>to BHHS- New Jersey Properties | $7,950.00 | |
| $1,000.00 | | Final Utility (escrow) to RealSafe Title, LLC - ESCROW | | |
| | | Lender Credits | | $10,000.00 |
| $100.00 | | Duplicate Cancellation for Tax Lien to RealSafe Title, LLC - TRUST | | |
| Seller | | | Borrower/Buyer | |
| Debit | Credit | | Debit | Credit |
| $272,463.00 | $265,089.67 | Subtotals | $287,289.53 | $280,200.00 |
| | | Due From Borrower | | $7,089.53 |
| | $7,373.33 | Due From Seller | | |
| $272,463.00 | $272,463.00 | Totals | $287,289.53 | $287,289.53 |

Copyright 2015 American Land Title Association.
All rights reserved.

File # 177591RN-01
Printed on: 03/27/25 12:15 PM

Authentisign ID: A04B5CEB-440B-F011-90CE-00224822F78A

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize RealSafe Title, LLC to cause the funds to be disbursed in accordance with this statement.

Borrower/Buyer:                                          Borrower/Buyer:

_____    3/28/25
Dajuan Goldsberry                  Date

Seller:                                                    Seller:

_Donald Boyd_                   03/27/25
Donald Boyd                          Date

_____    3/28/25
Veronica Krassowska                 Date

Copyright 2015 American Land Title Association.
All rights reserved.

File # 177591RN-01
Printed on: 03/27/25 12:15 PM

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603



**shellpoint**
A DIVISION OF newrez

DONALD  BOYD
PO BOX 47745
PHILADELPHIA, PA 19160

04/10/2025

Re: Return of Loan Documents
**Loan Number: 0567243715**
Property Address: 47 MARBORO LANE WILLINGBORO TWP
             WILLINGBORO, NJ 08046

Dear DONALD  BOYD

This letter is a notice to satisfy the requirements of New Jersey law. We have sent an instrument to the proper public officer to request cancellation of the mortgage for the loan referenced above. Enclosed is a copy of what has been transmitted to the Clerk for recording.

If you have any questions, please contact us at 800-365-7107. Thank you for allowing us to be of service to you.

Sincerely,

Customer Service

STATE OF NEW JERSEY
COUNTY OF BURLINGTON

Know all men by these presents, that **US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST**, the holder of a certain Mortgage executed to secure payment of $149,000.00, and interest of said Mortgage, bearing the date 01/12/2007, made and executed by **DONALD BOYD**, mortgagor(s), with an address of 47 MARBORO LANE WILLINGBORO TWP WILLINGBORO, NJ 08046 to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR NATIONS HOME MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS**, mortgagee(s), recorded in the office of the Register of Titles and County Recorder in **BURLINGTON** County, **New Jersey**, in Mortgage **Book ER 7 and Page 76**, does hereby acknowledge full payment and satisfaction of the same, and does hereby cancel and discharge said Mortgage.

I sign this Discharge of Mortgage on **this 04th day of April in the year 2025**.
**US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST, by NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, its Attorney-in-Fact**

By: _____

**LAUREN ASTLE**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA
COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 04th day of April in the year 2025, by Lauren Astle as VICE PRESIDENT of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING as Attorney-in-Fact for US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
**SUSAN KLEIN**
**COMM EXPIRES: 2/28/2029**

SUSAN KLEIN
Notary Public-State of Florida
Commission # HH 809530
My Commission Expires
February 28, 2029

SPTRC 444573800  DOCR T042504-01:51:59 [C-1]  ERCNNJX5

*D0112566625*



Monday - Friday: 8:00AM-9:00PM ET
Saturday: 10:00AM-2:00PM ET
PHONE NUMBER:  800-365-7107
FAX NUMBER:  866-467-1137
E-MAIL:  loanservicing@shellpointmtg.com

March 25, 2025

Boyd, Donald
PO BOX 47745
Philadelphia, PA  19160

Payoff figures have been requested on the loan for the borrower and property described below.

Loan ID:  0567243715

Donald Boyd                                                                                    Email: donbdboyd@yahoo.com
47 Marboro Lane
Willingboro, NJ   08046

Loan Type: Conventional

When remitting funds, please use our loan number to ensure proper posting and provide us with the
borrower's forwarding address.  Funds received in this office after 3:00 pm Eastern Time will be
processed on the next business day, with interest charged to that date.

This payoff quote is effective  4/25/2025  and is good through  4/25/2025 . Any transactions that occur
on or after the effective date may change the payoff amount.

| Projected Payoff Date | 4/25/2025 |
|---|---|
| Principal Balance | $137,975.38 |
| Interest To 4/25/2025 | $21,292.40 |
| Fees | $8,007.70 |
| Prepayment Penalty | $0.00 |
| Release Fees | $45.00 |
| Funds owed by borrower | $37,321.99 |
| Funds owed to borrower | ($588.83) |
| Deferred Principal | $55,887.36 |
| | |
| **Total Payoff** | **$259,941.00** |
| | |
| Per diem | $14.65 |

The next payment due date is 6/1/2021. Payments are made by Billing on a monthly basis. The
interest rate for this payment is 3.87500% and the P & I payment is $601.88.  The taxes are next due
5/10/2025.

**PLEASE CALL THE NUMBER LISTED ON THIS FORM TO UPDATE FIGURES PRIOR TO
REMITTING FUNDS AS THEY ARE SUBJECT TO CHANGE WITHOUT NOTICE.**

Mailing Address
Shellpoint Mortgage Servicing
75 Beattie Place
Suite LL202
Greenville, SC  29601

# shellpoint®

Monday – Friday: 8:00AM-9:00PM ET
Saturday: 10:00AM-2:00PM ET
PHONE NUMBER: 800-365-7107
FAX NUMBER: 866-467-1137
E-MAIL: loanservicing@shellpointmtg.com

**Payoff Policy Details:**

1. When remitting funds, please use our loan number to ensure proper posting and provide us with the borrower's forwarding address .
2. Payoff funds are accepted Monday through Friday, excluding federal holidays, and will be effective same day if received by 3pm EST .
3. Continue making your monthly payments until you send us the amount needed to pay off your mortgage to avoid late charges or adverse credit reporting .
    a. If you currently have your monthly payment set up on automatic withdrawal (ACH), or have any pending payments set up, drafting will continue until the loan is paid in full, at which time future drafts will automatically be cancelled .
4. **If you are due for a refund,** that refund will be issued by check on day 20 after the date the loan is paid in full .
    a. Any refunds will be sent to the mailing address we have on record for this account . If your mailing address is changing, you must contact us to provide a new address .
5. The payoff total quoted above is valid through the stated good through date . Any transactions that occur on or after the issue date of this payoff statement may change the total payoff amount .
6. The payoff amount is subject to our final verification once we receive the payoff funds . We reserve the right, except where prohibited, to correct any portion of this statement at any time .
7. **If the amount we receive is insufficient to pay off this loan, we may use funds in the escrow balance to cover the short payoff .**
8. We will pay all escrowed items, including hazard and flood insurance and taxes, from your escrow account as normally scheduled up to the date we receive the payoff funds .
    a. You or your closing agent (if applicable) will need to request a refund from the appropriate tax authority or insurance company for any duplicate tax or insurance payments .
    b. Any existing lender-placed property insurance premium will be cancelled upon account payoff, and any related unearned premiums will be refunded .
9. Once the loan is paid in full, the appropriate security instrument will be released as follows :
    a. Real Property: a Release is recorded with your county and a copy will be sent to you once returned from the county, usually within 30-90 days, dependent upon state/county processing times .
    b. Personal Property: a Tile Lien Cancellation or UCC3 Termination will be sent to the mailing address we have on record for this account within 30-90 days .

**IMPORTANT: Update Your Mailing Address for Tax Documentation**

*"To ensure timely delivery of your tax documents related to your mortgage, please verify, and update your mailing address in your online account. To do so, sign into your account at myaccount.shellpointmtg.com and go to your dashboard. Then, click on the "down" arrow beside your profile icon and select My Profile. Here you can update your address and phone number. We encourage you to update your personal information whenever anything changes."*



Monday - Friday: 8:00AM-9:00PM ET
Saturday: 10:00AM-2:00PM ET
PHONE NUMBER: 800-365-7107
FAX NUMBER: 866-467-1137
E-MAIL: loanservicing@shellpointmtg.com

**Wiring Instructions - * <u>You must include the "Reference" information listed below if wiring funds</u> ***

| | |
|---|---|
| Bank Name: | Citibank N.A. |
| ABA Number: | 021000089 |
| Account Number: | 31354717 |
| Account Name: | Shellpoint Mortgage Servicing |
| Reference: | 0567243715 / Boyd |

"BEWARE OF SCAMS - WE WILL NEVER ASK YOU TO USE DIFFERENT WIRING INSTRUCTIONS - IF YOU RECEIVE ANY REQUEST TO USE INSTRUCTIONS DIFFERENT THAN THESE PLEASE CALL THE TELEPHONE NUMBER LISTED AT THE TOP THIS FORM TO CONFIRM NEXT STEPS ."

**Donald Boyd  -  Loan ID #0567243715**

## <u>FEE DETAILS</u>

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Lien Releaset Fee - Trustee/LR Preperation Fee | $22.50 |
| BKPP- Sheriff Cost | $2,000.00 |
| BKPP- Proof of claim | $475.00 |
| BKPP- Filing Cost | $100.00 |
| BKPP- FC Costs | $2,904.97 |
| BKPP- Certified Mail Cost | $146.25 |
| BKPP- Attorney Cost | $75.00 |
| BKPP- Property Inspection | $396.00 |
| BKPP- Recording Cost | $65.00 |
| BKPP- Title Cost | $1,365.00 |
| Default Related Cost | $15.00 |
| Property Inspection | $30.00 |
| NSF Fee Payment | $40.00 |
| Late Charge Payment | $372.98 |
| | **$8,007.70** |



Monday - Friday: 8:00AM-9:00PM ET
Saturday: 10:00AM-2:00PM ET
PHONE NUMBER: 800-365-7107
FAX NUMBER: 866-467-1137
E-MAIL: loanservicing@shellpointmtg.com

## FUNDS OWED BY BORROWER DETAILS

| Description | Amount |
|---|---|
| Lender Placed Hazard Due | $132.91 |
| Escrow Only Payment | $37,189.08 |
| | $37,321.99 |

# shellpoint®

Monday - Friday: 8:00AM-9:00PM ET
Saturday: 10:00AM-2:00PM ET
PHONE NUMBER:  800-365-7107
FAX NUMBER:  866-467-1137
E-MAIL:  loanservicing@shellpointmtg.com

---

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you.  Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC  29603

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

如果您要使用英语以外的其他语言进行交流，请致电　800-365-7107，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.



**YMMA**

### YOUNG, MARR, MALLIS & ASSOCIATES
L A W   F I R M

Paul H. Young
Gail N. Marr
Paul J. Mallis
Carol B. McCullough*
Gregg Shore*

3554 Hulmeville Road, Suite 102
Bensalem, Pennsylvania 19020
Phone: (215) 639-5297
Fax: (215) 639-1344
support@ymalaw.com
**www.ymabankruptcy.com**

---
All Attorneys Are Members of
Pennsylvania & New Jersey Bars
*Pennsylvania Bar Only
---

*Additional Pennsylvania Offices:*

**328 West Broad Street, 2nd Floor**
Quakertown, Pennsylvania 18951

**7909 Bustleton Avenue**
Philadelphia, Pennsylvania 19152

**137 North Fifth Street**
Allentown, Pennsylvania 18102

**135 Old York Road**
Jenkintown, Pennsylvania 19046

**101 Larry Holmes Drive, Suite 212**
Easton, Pennsylvania 18042

**2 Bala Plaza, Suite 300**
Bala Cynwyd, Pennsylvania 19004

**600 W. Germantown Pike, Suite 400**
Plymouth Meeting, Pennsylvania 19462

April 18, 2025

Donald Boyd
1208 Ogden Street
Philadelphia, PA 19123

Re: 24-10850 Dismissal of Chapter 13 Bankruptcy on 4/18/2025

Dear Donald,

Court records indicate that your Chapter 13 Bankruptcy case was recently **dismissed**. Did you know that a number of options may still exist? There is a multitude of reasons why people file Chapter 13 Bankruptcy. **Past mortgage balances, utility shut offs, wage garnishments, judgments, car repossessions, back taxes.** Sometimes, it is necessary to file a Chapter 13 Bankruptcy because the person does not qualify for a Chapter 7 Bankruptcy. Unfortunately, many of these bankruptcies are unsuccessful, despite the person's eagerness and effort to have it succeed. It has been my experience in over 30 years of filing Bankruptcies, that there is often external circumstances, such as job loss, increase in expenses, illness, and other factors that limit a person's chance of success.

Often times, debtors are confused about the process as it has not been fully explained to them by their attorney. They often feel overwhelmed and alone, **with many questions remaining unanswered**. There are various reasons why people file Chapter 13 Bankruptcies, all of which need to be explored. I believe it is part of an attorney's role in representing a client to ensure that as many goals as possible are achieved. In some cases, a Bankruptcy may not even be appropriate.

All hope is not lost. Many times, a case may be refiled and your objectives will be met. In certain cases, it may be possible to open a prior dismissed Bankruptcy. We offer **free consultations** to discuss your case in detail, and to evaluate all appropriate Bankruptcy and non-Bankruptcy options. **Payment plans** are available and in some cases, only **minimal fees** will be needed to begin work on your matter. We offer **evening and weekend appointments** to help accommodate your busy schedule. We are available for immediate **emergency filings** and our **phones are answered 24/7**. I understand your struggles, and will make all attempts to make the refiling or reopening of your case successful!

Very truly yours

**If you are still represented by your prior counsel or have retained other counsel, please disregard this letter and we wish you nothing but success. Thank you for your time and consideration.**

*We are proudly recognized as an attorney debt relief agency providing relief under the Bankruptcy Code since 1986.*

*Additional New Jersey offices : Piscataway, Cinnaminson, Hamilton, & Marlton*
*Direct Number for New Jersey: (609) 261-4243*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Donald Boyd | : | Chapter 13 |
| | : | Case No.: 24-10850-AMC |
| Debtor(s) | : | |

## ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY

**AND NOW,** upon consideration of the Motion for Authority to Sell Real Property filed by the debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that the Debtor is granted permission to sell the real property located at 47 Marboro Ln, Willingboro, NJ 08046 ("Property"), for the sale price of $265,000.00, pursuant to the terms of a certain real estate agreement of sale dated as of December 4. 2024, to the buyer(s) thereunder, Dajuan Goldsberry ("Buyers").

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the approximate following manner:

| | | |
|---|---|---|
| 1. | Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters | $3,497.00 |
| 2. | Liens paid at closing - | $255,876.04 |
| 3. | Real estate taxes, sewer, trash and/or other such items | $2,358.44 |
| 4. | Property repairs, if any | $_____ |
| 5. | Real estate commission, at no greater than 6% | $7,950.00 |
| 6. | Attorney's fees, if any | $_____ |
| 7. | Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement | $_____ |
| 8. | Other | $_____ |
| | ESTIMATED AMT DUE TO SELLER(S) | $681.25 |

This Order is contingent upon the mortgage lien(s) held by US Bank Trust National Association, or its assigns being paid in full at closing pursuant to a proper payoff quote obtained prior to and good through the closing date; or any short payoff shall be approved by US Bank Trust National Association; and Debtor shall have ninety (90) days from entry of this Order to sell the Property.

After paying all liens in full and all costs of sale, the Debtor shall receive their exemption up to the sum of $27,900.00 and any additional amounts shall be paid to and distributed by the chapter 13 trustee.

The title clerk shall email a completed HUD-1 or settlement sheet from the closing directly to settlementsheet@ph13trustee.com immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed. Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

US Bank Trust National Association (Proof of Claim #3-1) shall file amended proofs of claims upon receiving sale proceeds in satisfaction of their secured claims and interests.

Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

BY THE COURT

Date:  Jan. 29, 2025

**HONORABLE ASHELY M. CHAN**
**UNITED STATES BANKRUPTCY JUDGE**

A. **Settlement Statement**

U.S. Department of Housing
and Urban Development

OMB No. 2502-0265

| B. Type of Loan | | |
|---|---|---|
| 1. ☐ FHA  2. ☐ FmHA  3. ☐ Conv Unins | 6. File Number **177591RN-01** | 7. Loan Number | 8. Mortgage Ins Case Number |
| 4. ☐ VA   5. ☐ Conv Ins  6. ☐ Seller Finance | | | |
| 7. ☐ Cash Sale. | | | |

C. Note:  This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| **Dajuan Goldsberry** | **Donald Boyd** | **Prosperity Home Mortgage, LLC** |
| **143 Grumman Avenue** | **47 Marboro Lane** | **4440 Brookfield Corporate Drive** |
| **Newark, NJ 07112** | **Willingboro, NJ 08046** | **Chantily, VA 20151** |

| G. Property Location | H. Settlement Agent Name |
|---|---|
| **Block 521, Lot 37, Willingboro Township, in Burlington County, NJ** | **RealSafe Title, LLC** |
| **47 Marboro Lane** | **111 Littleton Road, Suite 301** |
| **Willingboro, NJ 08046** | **Parsippany, NJ 07054  Tax ID: 84-3188094** |
| | **Underwritten By: Title Resources** |

| | Place of Settlement | I. Settlement Date |
|---|---|---|
| | **RealSafe Title, LLC** | |
| | **111 Littleton Road, Suite 301** | Fund: |
| | **Parsippany, NJ 07054** | |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract Sales Price | **$265,000.00** | 401. Contract Sales Price | **$265,000.00** |
| 102. Personal Property | | 402. | |
| 103. Settlement Charges to borrower | **$10,059.00** | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. City/town taxes    03/24/25 thru 03/31/25 | **$157.98** | 406. City/town taxes    03/24/25 thru 03/31/25 | **$157.98** |
| 107. | | 407. | |
| 108. | | 408. | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower** | **$275,216.98** | **420. Gross Amount Due to Seller** | **$265,157.98** |
| **200. Amounts Paid By Or in Behalf Of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | | 501. Excess Deposit | |
| 202. Principal amount of new loan(s) | **$255,000.00** | 502. Settlement Charges to Seller (line 1400) | **$12,432.00** |
| 203. Existing loan(s) taken subject to | | 503. Existing Loan(s) Taken Subject to | |
| 204. Loan Amount 2nd Lien | | 504. Payoff of First Mortgage Loan    to | |
| 205. | | 505. Payoff of Second Mortgage    to<br>Loan | |
| 206. | | 506. Payoff to Shellpoint | **$259,343.10** |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. | | 511. | |
| 212. | | 512. | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | **$255,000.00** | **520. Total Reduction Amount Due Seller** | **$271,775.10** |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from borrower (line 120) | **$275,216.98** | 601. Gross Amount due to seller (line 420) | **$265,157.98** |
| 302. Less amounts paid by/for borrower (line 220) | **$255,000.00** | 602. Less reductions in amt. due seller (line 520) | **$271,775.10** |
| **303. Cash From Borrower** | **$20,216.98** | **603. Cash From Seller** | **$6,617.12** |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following: • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services; • Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate. • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper. The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. The information requested does not lend itself to confidentiality.

File No. 177591RN-01

| L. Settlement Charges | | | | Paid From | Paid From |
|---|---|---|---|---|---|
| **700. Total Sales/Broker's Commission based on price** | $265,000.00 | @2 % = $5,300.00 | | | |
| Division of Commission (line 700) as follows: | | | | Borrower's | Seller's |
| 701. $5,300.00 | to | Signature Realty NJ, LLC | | Funds at | Funds at |
| 702. $0.00 | to | BHHS- New Jersey Properties | | Settlement | Settlement |
| 703. Commission Paid at Settlement | | | | $0.00 | $5,300.00 |
| 704. Commission | to | BHHS- New Jersey Properties | | $7,950.00 | |
| **800. Items Payable in Connection with Loan** | | | | | |
| 801. Loan Origination Fee      % | to | | | | |
| 802. Loan Discount      % | to | | | | |
| 803. Appraisal Fee | to | | | | |
| 804. Credit Report Fee | to | | | | |
| 805. | to | | | | |
| 806. | to | | | | |
| 807. | to | | | | |
| 808. | to | | | | |
| 809. | to | | | | |
| **900. Items Required by Lender To Be Paid in Advance** | | | | | |
| 901. Interest from      to      @ $0/day | | | | | |
| 902. Mortgage Insurance for  months | to | | | | |
| 903. Hazard Insurance Premium for  years | to | | | | |
| 904. | to | | | | |
| **1000. Reserves Deposited With Lender** | | | | | |
| 1001. Hazard Insurance | months @ | per month | | | |
| 1002. Mortgage Insurance | months @ | per month | | | |
| 1003. City/Town Taxes | months @ | per month | | | |
| 1004. Water | months @ | per month | | | |
| 1005. Sewer | months @ | per month | | | |
| 1006. MUA | months @ | per month | | | |
| 1007. Association | months @ | per month | | | |
| 1008. | months @ | per month | | | |
| 1009. | 0  months @ | | | | |
| 1011. Aggregate Adjustment | | | | | |
| **1100. Title Charges** | | | | | |
| 1101. Settlement or Closing Fee | to | | | | |
| 1102. Abstract or Title Search | to | | | | |
| 1103. Title Examination | to | | | | |
| 1104. Title Insurance Binder | to | | | | |
| 1105. Document Preparation | to | | | | |
| 1106. Notary Fees | to | | | | |
| 1107. Attorney's Fees | to | | | | |
| (includes above items numbers: | | ) | | | |
| 1108. Title Insurance | to | RealSafe Title, LLC - TRUST | | $1,497.00 | |
| (includes above items numbers: | | ) | | | |
| 1109. Lender's coverage | $255,000.00/$637.00 | | | | |
| 1110. Owner's coverage | $265,000.00/$1,472.00 | | | | |
| 1111. Wire Fee | to | | | | $30.00 |
| 1112. Overnight Fee | | | | | $31.50 |
| 1113. Closing Protection Ltr ART 6.6 | to | RealSafe Title, LLC - TRUST | | $75.00 | |
| 1114. ALTA 8.1-06 Enh | to | RealSafe Title, LLC - TRUST | | | |
| 1115. ALTA 9.10-06 Enh | to | RealSafe Title, LLC - TRUST | | | |
| 1116. Survey Endorsement | to | RealSafe Title, LLC - TRUST | | $25.00 | |
| 1117. Title Examination ART 5.1 | to | RealSafe Title, LLC - TRUST | | $100.00 | |
| 1118. Prepare/Record NOS ART 7.6 | to | RealSafe Title, LLC - TRUST | | $40.00 | |
| 1119. Tax Search ART 5.3 | to | RealSafe Title, LLC - TRUST | | $33.00 | |
| 1120. Upper Ct/Pat Search ART 5.3 | to | RealSafe Title, LLC - TRUST | | $20.00 | |
| 1121. Recording Ser. Fee Mtg ART 7.1 | to | RealSafe Title, LLC - TRUST | | $15.00 | |
| 1122. E-Doc Fee ART 7.2.2 | to | RealSafe Title, LLC - TRUST | | $50.00 | |
| 1123. Overnight Fees ART 7.5 | to | RealSafe Title, LLC - TRUST | | $31.50 | |
| 1124. Trans Platform Fee ART 7.6 | to | RealSafe Title, LLC - TRUST | | $81.00 | |
| 1125. County Search & Copies | to | RealSafe Title, LLC - TRUST | | $95.00 | |
| 1126. Wire Fee ART 7.6 | to | RealSafe Title, LLC - TRUST | | $4.50 | |
| 1127. Flood Search ART 5.3 | to | RealSafe Title, LLC - TRUST | | $10.00 | |
| 1128. Tidelands Search ART 5.3 | to | RealSafe Title, LLC - TRUST | | $25.00 | |
| 1129. E Recording Platform ART 7.6 | to | RealSafe Title, LLC - TRUST | | $7.00 | |
| **1200. Government Recording and Transfer Charges** | | | | | |
| 1201. Recording Fees | Deed  ; Mortgage  ; Rel | | | | |
| 1202. Realty Transfer Tax | Deed $1,442.00 ; Mortgage | to | | | $1,442.00 |
| 1203. State Tax/Stamps | Deed  ; Mortgage | to | | | |
| 1204. Cancellation of Tax Lien | to | County Clerk | | | $75.00 |
| 1205. | to | | | | |
| **1300. Additional Settlement Charges** | | | | | |
| 1301. 1st Quarter 2025 Tax | to | Willingboro Township TAX COLLECTOR | POC (S) $1,558.44 | | |
| 1302. Finanl Water/Sewer (escrow) | to | RealSafe Title, LLC - ESCROW | | | $1,000.00 |
| 1303. Seller Attorney Fee | to | Buckalew Frizzell & Crevina LLP | | | $1,980.00 |

| | | | | |
|---|---|---|---|---|
| 1304.    Utility Balance thru 3/7 | to    Willingboro MUA | | | $2,573.50 |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | | $10,059.00 | $12,432.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction.  I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

_____    _____

Dajuan Goldsberry                                                    Donald Boyd

SETTLEMENT AGENT CERTIFICATION

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction.  I have caused the funds to be disbursed in accordance with this statement.

_____    _____
Settlement Agent                                                Date

**Warning:** It is a crime to knowingly make false statements to the United States on this or any other similar form.  Penalties upon conviction can include a fine and imprisonment.  For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Previous Editions are Obsolete                          Page 2                          form **HUD-1** (3/86)
                                                                                                        Handbook 4305.2

# State of New Jersey

DEPARTMENT OF THE TREASURY
DIVISION OF TAXATION
P. O. BOX 269
TRENTON, NEW JERSEY 08695-0269

PHILIP D. MURPHY
*Governor*

ELIZABETH MAHER MUOIO
*State Treasurer*

TAHESHA L. WAY
*Lt. Governor*

MARITA R. SCIARROTTA
*Acting Director*

Telephone (609) 292-5995 / Facsimile (609) 989-0113

January 30, 2025

Donald Boyd
1208 Ogden Street
Philadelphia PA 19123

Re:    47 Marboro Lane, Willingboro NJ 08046

Dear Donald Boyd:

This is to acknowledge receipt of your application for a waiver of payment of the 2% nonresident withholding and the requirement for filing a GIT/REP-1, 2 or 3 form. Based on the information you have provided, the Division has determined that you are not required to file a GIT/REP-1, 2, or 3 to be recorded along with the deed because the seller has no gain from the sale of the property and will face an undue hardship if the 2% is withheld. Accordingly, please find enclosed a GIT/REP-4 form with the raised seal of the Division of Taxation which applies only to the specified transaction. The county recording officer will accept this form along with the deed for recording.

Very truly yours,

*Andrew W. Staltari*

Andrew W. Staltari
Tax Services Specialist
Regulatory Services Branch

Note: The information contained in this letter is specific to the facts or circumstances presented by the inquirer and may not be relied on by any other person or used as advice or precedent for any other matter or person in a similar situation.

GIT/REP-4
(8-24)

**State of New Jersey**
**Waiver of Seller's Filing Requirement of**
**GIT/REP Forms and Payment**
(C.55, P.L. 2004)

Use this form ONLY if your reason for exemption is not listed on Form GIT/REP-3.
Do not use this form to claim a refund. See Form A-3128.

(Print or Type)
**Owner's Information:**
Name(s)

Donald Boyd

Current Street Address

1208 Ogden Street

City, Town, Post Office                    State            ZIP Code

Philadelphia, PA                                            19123

**Property Information (Brief Property Description)**
Block(s)                    Lot(s)                    Qualifier

521                         37

Street Address

47 Marlboro Lane

City, Town, Post Office                    State            ZIP Code

Willingboro                 NJ               08046

**Division of Taxation Waiver Declaration**

This waiver form with the raised seal of the New Jersey Division of Taxation at the bottom right-hand corner may be
presented to the appropriate county recording officer for recording along with the deed of the owner as identified in the
information above. This form represents that the Division of Taxation has granted a waiver of the requirement that the
grantor/seller/transferor of the subject real property named herein need not file a GIT/REP-1, GIT/REP-2, or GIT/REP-3 form
or pay any tax on estimated gain from the transfer pursuant P.L. 2004, c. 55, and that the county recording officer is hereby
authorized to accept this waiver form in lieu of any other GIT/REP form without payment of any tax on estimated income
gain.

By affixing the Seal of the Director, Division of
Taxation, this date

_____
(Date)

the Division of Taxation has authorized this waiver.

Original Form Must be Submitted to County Clerk. Photocopies are NOT Acceptable.

Hello my name is, Donald Boyd

I am requesting this Waiver for exemption, because of my financial hardship. recently I had to place 47 Marlboro property under bankruptcy due to a foreclosure. I was not able to keep up with the mortgage, taxes, or Utilites. Also there were Some disabilities along with surgery that kept me out of work. There were also a person living in the home at the time that stop paying anything for long period of time that I was not aware of. I currently have a qualified buyer to purchase the property who would be a responsible tax payer for New Jersey and be doing these duties to Willingsboro. Please help me to wove these fee's and make a new homeower for the State of New Jersey. I will not make any Money off this Sale. This would a Loss For me. But a benifit for The Great State of New Jersey    Thank You  Donald Boyd





| Name | Address |
|---|---|
| **Donald Boyd** | **1208 Ogden Street, Philadelphia, PA, 19123** |

| Completed Transactions | Paid via TFS |
|---|---|
| **7** | **$940.00** |

| Date Started | Description | Case Number | Date Cleared | Date Arrived | Transaction ID | Amount | Status |
|---|---|---|---|---|---|---|---|
| January 10, 2025 | Automatic Payment | 24-10850 | January 13, 2025 | January 14, 2025 | 17727750 | $120.00 | Complete |
| December 06, 2024 | Automatic Payment | 24-10850 | December 09, 2024 | December 10, 2024 | 17475721 | $240.00 | Complete |
| December 05, 2024 | Automatic Payment | 24-10850 | | | 17466637 | $240.00 | Failed |
| August 10, 2024 | Automatic Payment | 24-10850 | | | 16633315 | $80.00 | Failed |
| July 10, 2024 | Automatic Payment | 24-10850 | July 11, 2024 | July 12, 2024 | 16414501 | $80.00 | Complete |
| June 10, 2024 | Automatic Payment | 24-10850 | June 11, 2024 | June 12, 2024 | 16205540 | $80.00 | Complete |
| May 10, 2024 | Automatic Payment | 24-10850 | May 13, 2024 | May 14, 2024 | 15998399 | $80.00 | Complete |
| September 18, 2023 | Automatic Payment | 23-10046 | September 19, 2023 | September 20, 2023 | 14423632 | $100.00 | Complete |
| July 04, 2023 | Monthly Plan Payment | 23-10046 | | | 13949720 | $100.00 | Failed |
| March 28, 2023 | Monthly Plan Payment | 23-10046 | March 29, 2023 | March 30, 2023 | 13337386 | $240.00 | Complete |